*E-FILED ON 2/14/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD JOHNSON, | Case No. C05-01706 HRL |
| Plaintiff, | |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| CURTIS O. BARNES P.C., DORIS WOODS and MRS. CHUNG, | |
| Defendants. | |

Plaintiff filed the above-entitled action on April 25, 2005. Defendants have not appeared; however, the docket sheet indicates that the instant lawsuit was settled on June 24, 2005 along with *Grinzi, et al. v. Barnes, et al.*, C04-01655 PVT. In light of the settlement, all court appearances and pretrial dates were vacated. To date, plaintiff has not filed a dismissal of the instant action.

Accordingly, a status conference is set for **March 7, 2006, 1:30 p.m. in Courtroom 2**. No later than **February 28, 2006**, plaintiff shall file a statement as to the status of the instant lawsuit. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a). If a voluntary dismissal is filed before March 7, 2006, the status conference will be automatically vacated.

1  IT IS SO ORDERED.

3  Dated: February 14, 2006

  _____
  HOWARD R. LLOYD
  United States Magistrate Judge

**United States District Court**

For the Northern District of California

2

1 **5:05-cv-1706 Notice will be electronically mailed to**:

2 Ronald Wilcox ronaldwilcox@post.harvard.edu

3 Counsel is responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

*United States District Court*
*For the Northern District of California*